THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00009-MR

| | |
|---|---|
| NEXUS TECHNOLOGIES, INC., DANIEL CONTI, and BENJAMIN BOMER, <br><br>　　　　　Plaintiffs, <br><br>　vs. <br><br>UNLIMITED POWER LTD. and CHRISTOPHER J. PETRELLA, <br><br>　　　　　Defendants. <br>_____ <br><br>UNLIMITED POWER LTD. and CHRISTOPHER J. PETRELLA, <br><br>　　　　　Counterclaim-Plaintiffs, <br><br>　vs. <br><br>NEXUS TECHNOLOGIES, INC., DANIEL CONTI, BENJAMIN BOMER, and EDWARD PRATHER, <br><br>　　　　　Counterclaim-Defendants. <br>_____ | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants/Counterclaim-

Plaintiffs' motion for the admission of attorney Robert M. Ward as counsel

*pro hac vice*. [Doc. 29]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants/Counterclaim-Plaintiffs' motion [Doc. 29] is **ALLOWED**, and Robert M. Ward is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 21, 2020

Martin Reidinger
United States District Judge