THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00009-MR

| | |
|---|---|
| NEXUS TECHNOLOGIES, INC., DANIEL CONTI, and BENJAMIN BOMER, <br><br> Plaintiffs, <br><br> vs. <br><br> UNLIMITED POWER LTD. and CHRISTOPHER J. PETRELLA, <br><br> Defendants. <br>_____<br><br>UNLIMITED POWER LTD. and CHRISTOPHER J. PETRELLA, <br><br> Counterclaim-Plaintiffs, <br><br> vs. <br><br> NEXUS TECHNOLOGIES, INC., DANIEL CONTI, BENJAMIN BOMER, and EDWARD PRATHER, <br><br> Counterclaim-Defendants.<br>_____ | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants/Counterclaim-Plaintiffs' motion for the admission of attorney Casey Martens as counsel *pro*

*hac vice.* [Doc. 82]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants/Counterclaim-Plaintiffs' motion [Doc. 82] is **ALLOWED**, and Casey Martens is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: February 9, 2021

Martin Reidinger
Chief United States District Judge