THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00009-MR

| | |
|---|---|
| NEXUS TECHNOLOGIES, INC., ) <br> DANIEL CONTI, and BENJAMIN ) <br> BOMER, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> UNLIMITED POWER LTD. and ) <br> CHRISTOPHER J. PETRELLA, ) <br> ) <br>    Defendants. ) <br> _____ ) <br> ) <br> UNLIMITED POWER LTD. and ) <br> CHRISTOPHER J. PETRELLA, ) <br> ) <br>    Counterclaim-Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> NEXUS TECHNOLOGIES, INC., ) <br> DANIEL CONTI, BENJAMIN BOMER, ) <br> and EDWARD PRATHER, ) <br> ) <br>    Counterclaim-Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendants/Counterclaim-

Plaintiffs' motion for the admission of attorney Ashley B. Summer as counsel

*pro hac vice*. [Doc. 116]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants/Counterclaim-Plaintiffs' motion [Doc. 116] is **ALLOWED**, and Ashley B. Summer is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 19, 2021

Martin Reidinger
Chief United States District Judge