THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:19-cv-00009-MR

| | |
|---|---|
| NEXUS TECHNOLOGIES, INC., DANIEL CONTI, and BENJAMIN BOMER, </br></br>    Plaintiffs, </br></br> vs. </br></br>UNLIMITED POWER LTD. and CHRISTOPHER J. PETRELLA, </br></br>    Defendants. </br>_____ </br></br>UNLIMITED POWER LTD. and CHRISTOPHER J. PETRELLA, </br></br>    Counterclaim-Plaintiffs, </br></br> vs. </br></br>NEXUS TECHNOLOGIES, INC., DANIEL CONTI, BENJAMIN BOMER, and EDWARD PRATHER, </br></br>    Counterclaim-Defendants. </br>_____ | **O R D E R** |

  **THIS MATTER** is before the Court on the Defendants/Counterclaim-Plaintiffs' motion for the admission of attorney Neil C. Jones as counsel *pro*

*hac vice*. [Doc. 115]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendants/Counterclaim-Plaintiffs' motion [Doc. 115] is **ALLOWED**, and Neil C. Jones is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: April 19, 2021

Martin Reidinger
Chief United States District Judge